**Order entered September 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00736-CV

**SHOPSTYLE, INC. AND POPSUGAR, INC., Appellants**

**V.**

**REWARDSTYLE, INC., Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08570**

## ORDER

Before the Court is appellee's September 10, 2019 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 16, 2019**.

/s/ BILL WHITEHILL
   JUSTICE